UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                    Case No. 21-30450
                                    Originating No. 1:21-cr-170

**DAYNE FRANCIS NUNDLEY, JR.,**

      Defendant.

_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **DAYNE FRANCIS NUNDLEY, JR.,** to answer to charges pending in another federal district, and states:

    1.  On **September 24, 2021** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **District of North Dakota based on an Indictment**. **Defendant is charged in that district with violation of 21 U.S.C. §841(a)(1) and 841(b)(1)(C)- Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. §841(a)(1), 841(b)(1)(C), and 18 U.S.C. §2- Possession with Intent to Distribute Controlled Substances and Aiding and Abetting.**

      2.  Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

      WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

      Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney


s/Kevin Mulcahy
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Kevin.mulcahy@usdoj.gov
(313) 226-9713

Dated: September 24, 2021